## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of  Marcus Gordon, Brian E. Rodgers, Jermaine S. Holmes and Erick B. Ross,
Plaintiffs,

v.

AT&T, Defendant.

Case Number:

FILED: APRIL 11, 2008
08CV2064           EDA
JUDGE HIBBLER
MAGISTRATE JUDGE NOLAN

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Marcus Gordon, Brian E. Rodgers, Jermaine S. Holmes and Erick B. Ross

| | |
|---|---|
| NAME (Type or print) Thomas C. Crooks | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/Thomas C. Crooks | |
| FIRM Thomas C. Crooks, Attorney at Law | |
| STREET ADDRESS Three First National Plaza, Suite 1950 | |
| CITY/STATE/ZIP Chicago, IL 60602-4298 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 00547336 | TELEPHONE NUMBER (312) 641-2260 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES [X]   NO [ ] |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES [ ]   NO [X] |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES [X]   NO [ ] |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES [X]   NO [ ] |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL [ ]   APPOINTED COUNSEL [ ] | |