TCC:st 080701

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

MARCUS GORDON, BRIAN E. RODGERS,
JERMAINE S. HOLMES and ERICK B. ROSS,

                    Plaintiffs,                    NO.  08 C 2064

        vs.

AT & T ENTERPRISE SERVICES, INC.            Judge Hibbler

                   Defendant.               Magistrate Judge Nolan

NOTICE OF FILING

To:    Counsel of Record

        Please take notice that on July 1, 2008 I filed with the United States District Court for the

Northern District of Illinois, Plaintiffs' First Amended Complaint using the CM/ECF system which

will send notification of such filing to the attorneys of record.

July 1, 2008                             s/ Thomas C. Crooks
                                  Attorney for Plaintiff

Thomas C. Crooks
Attorney for Plaintiffs
Three First National Plaza
Suite 1950
Chicago, Illinois 60602-4298
Telephone: (312) 641-2260
Facsimile:  (312) 641-5220

1

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 1, 2008 I filed the foregoing Notice of Filing and Plaintiffs'

First Amended Complaint using the CM/ECF system which will send notification of such filing the

attorneys of record.


s/Thomas C. Crooks

Thomas C. Crooks