**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: 1:08-cv-02064 |

Marcus Gordon, Brian E. Rodgers, Jermaine S. Holmes and Erick B. Ross,    Plaintiffs

v.

AT & T, Defendant.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

AT & T

---

NAME (Type or print)
Joel H. Spitz

SIGNATURE (Use electronic signature if the appearance form is filed electronically)
s/Joel H. Spitz

FIRM   McGuireWoods LLP

STREET ADDRESS   77 W. Wacker Drive, Suite 4100

CITY/STATE/ZIP   Chicago, IL 60601

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6204522 | TELEPHONE NUMBER 312.849.8100 |
|---|---|

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N")   Y

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N")   N

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N")   Y

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N")   Y

IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE.

RETAINED COUNSEL               APPOINTED COUNSEL