**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                            Case Number: 1:08-cv-02064

Marcus Gordon, Brian E. Rodgers, Jermaine S. Holmes and Erick B. Ross,    Plaintiffs

v.

AT & T, Defendant.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

AT & T

---

NAME (Type or print)
Christine C. Kommer

SIGNATURE (Use electronic signature if the appearance form is filed electronically)
    s/Christine C. Kommer

FIRM    McGuireWoods LLP

STREET ADDRESS  77 W. Wacker Drive, Suite 4100

CITY/STATE/ZIP  Chicago, IL  60601

ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6285949    TELEPHONE NUMBER  312.849.8100

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N")  N

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N")  N

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N")  N

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N")  Y

IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE.

RETAINED COUNSEL                    APPOINTED COUNSEL