IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| MARCUS GORDON, <br> BRIAN E. RODGERS, <br> JERMAINE S. HOLMES, and <br> ERICK B. ROSS, <br><br> Plaintiffs, <br><br> v. <br><br> AT&T ENTERPRISE SERVICES, INC. <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Case No.: 08 CV 2064 <br><br><br><br> Judge William J. Hibbler |

**DEFENDANT'S MOTION FOR AN EXTENSION
OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT**

Defendant, AT&T Global Network Services LLC (improperly sued as "AT&T Enterprise Services, Inc.") ("Defendant"), by and through its attorneys, McGuireWoods LLP, respectfully moves this Court, pursuant to Rule 6 of the Federal Rules of Civil Procedure, for an extension of time of thirty (30) days to answer or otherwise plead in response to the Complaint filed by Plaintiffs, Marcus Gordon, Brian E. Rodgers, Jermaine S. Holmes, and Erick B. Ross (collectively, the "Plaintiffs"). In support of its motion, Defendant states as follows:

1. On April 11, 2008, Plaintiffs filed their Complaint in the above-captioned matter. On July 1, 2008, Plaintiffs filed their First Amended Complaint in the above-captioned matter (the "Complaint").

2. On July 1, 2008, Plaintiffs served the Complaint on Defendant. Thus, pursuant to Rule 12 of the Federal Rules of Civil Procedure, Defendant's answer or other responsive pleading is due on July 21, 2008.

  3. Counsel for Defendant was recently retained in this case.  Accordingly, counsel for Defendant has not had adequate time to investigate the allegations in the Complaint or prepare an answer or other responsive pleading.

  4. Therefore, Defendant respectfully requests an extension of time of thirty (30) days, through and including August 20, 2008, to file an answer or other responsive pleading to Plaintiffs' Complaint.

  5. No previous extensions of time have been requested by Defendant, and Plaintiffs will not be prejudiced by the extension of time requested herein.

  WHEREFORE, for the foregoing reasons, Defendant, AT&T Global Network Services LLC (improperly sued as "AT&T Enterprise Services, Inc."), respectfully requests the entry of an order extending its time to answer or otherwise plead in response to Plaintiffs' Complaint by thirty (30) days, through and including August 20, 2008

Dated:  July 18, 2008           Respectfully submitted,
                     AT&T Global Network Services LLC


                    By:  _s/ Peter A. Milianti_____
                       One of Its Attorneys

Joel H. Spitz (jspitz@mcguirewoods.com)
Peter A. Milianti (pmilianti@mcguirewoods.com)
Christine C. Kommer (ckommer@mcguirewoods.com)
McGuireWoods LLP
77 West Wacker Drive, Suite 4100
Chicago, Illinois 60601
Telephone: (312) 849-8100
Facsimile: (312) 849-3690

## CERTIFICATE OF SERVICE

    I, Peter A. Milianti, an attorney, certify that on this 18th day of July, 2008, I electronically filed the foregoing ***Defendant's Motion for Extension of Time to Respond to Plaintiffs' Complaint*** with the Clerk of the Court using the ECF system which will send notification of such filing to the following individual(s):

> Thomas C. Crooks (tcrooks@barristers.com)
> Three First National Plaza
> Suite 1950
> Chicago, IL  60602

                                  By:  s/ Peter A. Milianti
                                        Peter A. Milianti

\6406776.1