IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| MARCUS GORDON,<br>BRIAN E. RODGERS,<br>JERMAINE S. HOLMES, and<br>ERICK B. ROSS, | )<br>)<br>)<br>)<br>) | Case No.: 08 CV 2064 |
| Plaintiffs, | )<br>) | Judge William J. Hibbler |
| v. | )<br>)<br>) | |
| AT&T ENTERPRISE SERVICES, INC. | )<br>) | |
| Defendant. | )<br>)<br>) | |

**NOTICE OF MOTION**

To:   Thomas C. Crooks (tcrooks@barristers.com)
       Three First National Plaza
       Suite 1950
       Chicago, IL  60602

   PLEASE TAKE NOTICE that on Thursday, July 24, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard, counsel for Defendant, AT&T Global Network Services LLC (improperly sued as "AT&T Enterprise Services, Inc."), shall appear before the Honorable Judge William J. Hibbler, or any Judge sitting in his stead, in Room 1225 of the United States District Court for the Northern District of Illinois, Eastern Division, and will then and there present its *Motion for Extension of Time to Respond to Plaintiffs' Complaint*, a copy of which was served upon you on July 18, 2008.

Dated: July 18, 2008                            Respectfully submitted,

                                                AT&T GLOBAL NETWORK
                                                SERVICES, LLC


                                                By: __/s/ Peter A. Milianti_____
                                                       One of Its Attorneys

Joel H. Spitz (jspitz@mcguirewoods.com)
Peter A. Milianti (pmilianti@mcguirewoods.com)
Christine C. Kommer (ckommer@mcguirewoods.com)
McGuireWoods LLP
77 West Wacker Drive, Suite 4100
Chicago, Illinois 60601
Telephone: (312) 849-8100
Facsimile: (312) 849-3690

## CERTIFICATE OF SERVICE

I, Peter A. Milianti, an attorney, certify that on this 18th day of July, 2008, I electronically filed the foregoing *Notice of Motion* with the Clerk of the Court using the ECF system which will send notification of such filing to the following individual(s):

>Thomas C. Crooks (tcrooks@barristers.com)
>Three First National Plaza
>Suite 1950
>Chicago, IL  60602

>By:  s/ Peter A. Milianti
>          Peter A. Milianti

\6421378.1