TCC:st 080818

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

MARCUS GORDON, BRIAN E. RODGERS,
JERMAINE S. HOLMES and ERICK B. ROSS,

                        Plaintiffs,

vs.

AT & T ENTERPRISE SERVICES, INC.

                        Defendant.

NO.   08 C 2064

Judge Hibbler

Magistrate Judge Nolan

### Notice of Motion

To:    Counsel of Record

Please take notice that on August 27, 2008 at 9:30 a.m. I shall appear before the Honorable Judge William J. Hibbler, in Room 1225, United States District Court for the Northern District of Illinois, 219 S. Dearborn Street, Chicago, IL and present Plaintiffs' Motion for Leave to File Second Amended Complaint.

August 18, 2008                                        s/ Thomas C. Crooks
                                                                         Attorney for Plaintiff

Thomas C. Crooks
Attorney for Plaintiffs
Three First National Plaza
Suite 1950
Chicago, Illinois 60602-4298
Telephone: (312) 641-2260
Facsimile:  (312) 641-5220

CERTIFICATE OF SERVICE

The undersigned certifies that he served the foregoing Notice of Motion using the CM/ECF system which will send notification of such filing to the attorneys of record.

                        s/Thomas C. Crooks
                          Thomas C. Crooks