TCC:st 8.27.07 3:29pm

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| MARCUS GORDON, BRIAN E. RODGERS, JERMAINE S. HOLMES and ERICK B. ROSS, <br><br>                Plaintiffs, <br>vs. <br>AT & T GLOBAL NETWORK SERVICES, LLC, <br><br>                Defendant. | NO.  08 C 2064 <br><br>Judge Hibbler <br><br>Magistrate Judge Nolan |

## NOTICE OF FILING

To:  Counsel of Record

Please take notice that on August 27, 2008 I filed with the United States District Court for the Northern District of Illinois, Plaintiffs' Second Amended Complaint using the CM/ECF system which will send notification of such filing to the attorneys of record.

August 27, 2008                              s/ Thomas C. Crooks
                                                   Attorney for Plaintiff

Thomas C. Crooks
Attorney for Plaintiffs
Three First National Plaza
Suite 1950
Chicago, Illinois 60602-4298
Telephone: (312) 641-2260
Facsimile:  (312) 641-5220

CERTIFICATE OF SERVICE

    I hereby certify that on August 27, 2008 I filed the foregoing Notice of Filing and Plaintiffs' Second Amended Complaint using the CM/ECF system which will send notification of such filing the attorneys of record.

                                              s/Thomas C. Crooks  
                                                Thomas C. Crooks