TCC:st 080701

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

MARCUS GORDON, BRIAN E. RODGERS,
JERMAINE S. HOLMES and ERICK B. ROSS,

                Plaintiffs,

vs.

AT & T GLOBAL NETWORK SERVICES, LLC,

                Defendant.

NO.   08 C 2064

Judge Hibbler

Magistrate Judge Nolan

## RULE 26 DISCOVERY PLAN

The parties, having conferred pursuant to Rule 16(b), propose the following discovery plan:

1. **Rule 26 disclosures.** Disclosures to be made by October 3, 2008.

2. **Join other parties and amend the pleadings.** January 9, 2009.

3. **Complete non-expert discovery.** March 6, 2009.

4. **Expert Discovery, if needed.**

    Plaintiff to disclose experts by April 3, 2009;

    Defendant to disclose experts by May 8, 2009;

    Expert discovery to close by June 5, 2009.

5. **Dispositive motions.** To be filed by July 2, 2009.

6. **Electronically stored information.** The parties agree to print all electronically stored information and emails and to produce the same in paper format.

7. **Inadvertent disclosure of privileged documents.** Any party who inadvertently discloses a privileged document shall, upon learning of the inadvertent disclosure, immediately

1

notify the other party and request the immediate return of the inadvertently disclosed document, and all copies thereof. The party receiving the request shall either immediately return all copies of the inadvertently disclosed document or immediately provide a response to the requesting party, explaining why the inadvertently disclosed document is not being returned. The parties agree that inadvertent disclosure of a privileged document shall not serve as a waiver of any applicable law, rule, privilege or immunity.

8.　　**Protective order.** Defendant anticipates moving for the entry of a protective order in this matter to protect the disclosure of confidential and/or proprietary information.

Dated: September 5, 2008　　　　　　　　　Respectfully submitted,


/s/Thomas C. Crooks　　　　　　　　　　　/s/Christine C. Kommer
Thomas C. Crooks　　　　　　　　　　　　Christine C. Kommer
Attorney for Plaintiffs　　　　　　　　　　　Attorney for Defendant



Thomas C. Crooks
Attorney at Law
Three First National Plaza
Suite 1950
Chicago, Illinois 60602
Telephone: (312) 641-2260
Facsimile: (312) 641-5220

Joel H. Spitz
Peter A. Milianti
Christine C. Kommer
McGuireWoods, LLP
77 W. Wacker Drive, Suite 4100
Chicago, Illinois 60601
Telephone: (312) 849-8100
Facsimile: (312) 849-3690

**CERTIFICATE OF SERVICE**

    I, Thomas C. Crooks, an attorney, hereby certify that on this 5th day of September, 2008, I electronically filed the foregoing *Rule 26 Discovery Plan* with the Clerk of the Court using the ECF system which will send a copy of such filing to all counsel of record.

                                       s/ Thomas C. Crooks

                                       *Attorney for Plaintiffs*

\6544697.1