UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.2
Eastern Division

Marcus Gordon, et al.
                                       Plaintiff,

v.                                                      Case No.: 1:08−cv−02064
                                                      Honorable William J. Hibbler

AT & T Global Network Services, LLC, et al.
                                       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, September 9, 2008:

     MINUTE entry before the Honorable William J. Hibbler: Status hearing held on 9/9/2008 and continued to 11/12/2008 at 09:30 AM. The Court adopts the parties Rule 26 discovery plan. Parties to comply with FRCP 26(a)(1) by 10/3/08. Parties given to and including 1/9/09 to amend all pleadings and to add any additional parties. Fact discovery cut−off set for 3/6/09. Plaintiff shall comply with FRCP(26)(a)(2) by 4/3/09. Defendant shall comply with FRCP(26)(a)(2) by 5/8/09. Expert discovery ordered closed by 6/5/2009. Dispositive motions with supporting memoranda due by 7/2/2009. Mailed notice (jdh)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.